UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MATTHEW CORDERO,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | CASE NO. ED CV 11-1500-JAK (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 17, 2012.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\CORDERO, R 1500\Judgment.wpd